*Certiorari Denied.* (*See also Nos. 352 and 353; and Nos. 102, 103, 139, and 142, Misc., supra.*)

No. 325. UNITED STATES *v.* LANDMAN, SUPERINTENDENT OF THE FIVE CIVILIZED TRIBES; and

No. 327. LANDMAN, SUPERINTENDENT OF THE FIVE CIVILIZED TRIBES, *v.* UNITED STATES. ▮▮▮▮▮ Certiorari denied. *Solicitor General Perlman* for the United States, petitioner in No. 325 and respondent in No. 327. With him on the brief in No. 327 were *Assistant Attorney General Caudle, Helen R. Carloss* and *Lee A. Jackson. Huston Thompson* and *Oscar P. Mast* for petitioner in No. 327.

No. 342. UNITED STATES *v.* SWISS CONFEDERATION; and

No. 343. UNITED STATES *v.* SOCIETY OF CHEMICAL INDUSTRY, BASLE, SWITZERLAND. ▮▮▮▮▮ Certiorari denied. *Solicitor General Perlman* for the United States. *John J. Wilson* for respondents.

No. 356. SANCHEZ *v.* COMMISSIONER OF INTERNAL REVENUE. ▮▮▮▮▮ Certiorari denied. *Milton R. Wexler* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Helen R. Carloss* and *Hilbert P. Zarky* for respondent.

No. 357. ATLANTIC GREYHOUND CORP. *v.* HUNT, ADMINISTRATOR, ET AL. ▮▮▮▮▮ Certiorari denied. *Roy L. Deal* for petitioner. *Raymond Kyle Hayes* for respondents.